UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

HONORABLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CLERK'S COURT MINUTES |
| | : | GRAND JURY |
| vs. | : | |
| | : | |
| | : | CRIMINAL NO. |
| | : | |
| | : | |
| | : | |
| Defendant(s), | : | |

Date:

Attorney for the Government:


IT IS ORDERED AND ADJUDGED AS FOLLOWS:

PRESENTMENT,   Order to Docket;

SECRET:              ;   NOT SECRET:               ;

SUMMONS TO ISSUE:                              ; DATE:                        ;

WARRANT TO ISSUE:                                                              ;
for defendant(s)


BOND SET AT $                  , SURETY                       OR                         ;

DEFENDANT IN CUSTODY:                            , FEDERAL           STATE          ;

MINUTES:


Time Begin:
                                             Deputy Clerk
Time End: