Dear Judge Pratt,                                  March 15, 2020
4:05-CR-227

   Greetings Sir, it is with a heavy heart that I pen this letter today. It has been five months since your order on October 8th where you asked the US Attorney to vacate Count 15 (924(c)) stacking count.
   I want you to know that I have not lost hope, the order and the resulting relief for Mr. Uckevich, Mr. Maumau and others with the "stacking" issue has provided hope for so many. The "Brown" case is talked about in every corner of this prison and I know it is discussed in prisons across america. Men have been inspired to program and ask questions about how they can be more productive and proactive. There is a blessing in every "NO" and "NOT YET", I have seen that in this instance.
   I continue to strive towards that upward calling. I have completed my ServSafe Managerial course and obtained my National Certification for Restaurant Management. I have enrolled in Nations University Bachelors of Religious Studies course while completing numerous self study courses monthly. This is a time of tremendous personal growth for me.
   As you know from my Progress Report I am a Mentor, Facilitator, Liaison, tutor, and teacher in the L.E.A.D. Program and Education department. I am effecting positive change in men daily.
   I pray that you will reconsider vacating Count 15 of my indictment. I am nearing the completion of

Page 1

the 210 month sentence with the removal of 300 months for Count 15. With the earned good-time credits my sentence will be fully served September 2020. I will be free to return home to my family and begin ten years of supervised release.

I have had 6 security points for 10 years now that would qualify placement in a federal prison camp where I could work in the community, the Count 15 of my indictment has kept me in medium custody status due to the time attached to that count. I pray that you will take a moment today and call my Unit Manager - Mr. Hager, or my Case Manager - Ms. Bufkin to learn first hand who Daniel Lynn Brown Jr. is and the content of my character. FCI Williamsburg main switchboard number (843) 387-9400

These 15 years of incarceration have been a blessing to me. Through every hardship and adversity I have grown stronger and have been transformed into the man I am today. I am a prime example that rehabilitation is possible. I pray that where others have not been up to the challenge to see justice done, you are. Thank You Sir for redeeming me.

Respectfully,

Please read attachments:
Youth Mentoring
Man of Faith
Making of a Man

Daniel Lynn Brown Jr.
#05609-030

Page 2



# Certificate of Appreciation

This certificate is awarded to

*Daniel L. Brown*

In recognition of valuable contributions as Vice President, Education of the Williamsburg Gavel Club of Salters, South Carolina for the year ending December 31, 2019.

Michael A. Natson, Club President  January 2, 2020

R. Hall, Club Counselor  1/2/2020



## Bureau of Prisons
## Psychology Services
## General Administrative Note

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | BROWN, DANIEL LYNN JR | | | | | Reg #: | 05609-030 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 08/21/1976 | Sex: | M | Facility: | WIL | Unit Team: | UNIT 3 |
| Date: | 12/03/2019 14:09 | Provider: | Laxton, Kelsey PhD, | | | | |

### Comments

Mr. Brown has been an active and valuable member of the Inmate Companion Program (Suicide Cadre) at FCI Williamsburg since December 2017. Inmates who are selected to participate in this program are considered to be well respected by their peers and staff. They are expected to work independently and cooperatively with diverse groups of individuals. The primary responsibility of an Inmate Companion team member is to provide constant observation of other inmates who are at risk for suicide and diligently and accurately record those observations for documentation.

In his role as an Inmate Companion, Mr. Brown has attended required training sessions, worked on numerous suicide watches, and maintained excellent documentation. Mr. Brown has effective communication skills, which are vital to the inmate companion program. In fact, other members of the team have looked to Mr. Brown for consultation and advice, and he has been more than willing to help others. His willingness to help others, ability to handle difficult situations, and positive attitude have made him a valuable member of the team.

Completed by Laxton, Kelsey PhD, Psychologist on 12/27/2019 10:30



LEFT BEHIND
March
2020

FCI Williamsburg   P.O. Box 340   Salters, SC 29590
Clemency Case # C156423   www.freedanbrown.com

Dear Man of Faith,

 If this letter has made it into your hands a MIRACLE has taken place. I have written thousands of letters over the past 15 years without response. I have faith that God's timing is perfect and I continue to fight the good fight of FAITH. The original version of this letter was penned in 2017 as a result of reading Pastor Osteen's book "Every Day a Friday". I would not have read this book but for the providence of God. WE serve an amazing God who never gives up on US, this book touched me. In 2020 I recently finished reading Pastor Batterson's book "The Circle Maker" and it has transformed by prayer life. I pray like it depends on God and work like it depends on me. The very foundation of Faith and works.

 I have a long and detailed story, one that I will one day share in book form. For now I will keep it short. I was raised in a poor household and witnessed all forms of abuse growing up, that does not excuse my behavior, I own my actions as I made a choice. However, I see that with proper mentoring in school or other programs things could have turned out much differently. This is the knowledge that sparked my passion to be a teacher, mentor, trainer, and Champion of Change. I have a powerful message to share, a testimony that will impact the youth and the decisions they are making.

 Very few have walked in my shoes. I made poor choices after the death of my wife. I need your help to fulfill my God given destiny. You have the power to redeem my life. I have a Clemency Petition pending.

Daniel Lynn Brown Jr. #05609-030  August 2017 - March 2020
FCI Williamsburg
P.O. Box 340                My faith and message endures.
Salters, SC 29590              www.freedanbrown.com

## LEFT BEHIND

Dear Pastor Osteen, and all People of Faith,

   Thank you so much for writing the book "Every Day a Friday". I would never have read this book but for the providence of God. We serve an amazing God who never gives up on US. Your book has touched me.

   I have a long and detailed story that I will one day tell in book form. For now I will keep it short. I was raised in a poor household, the oldest of four kids. I witnessed all forms of abuse and addictions growing up. At 15 years of age I met my future wife and her family which altered the course of my life. I focused on my studies in highschool, graduated in 1994, went to work, attended a technical college which my employer paid for and married my wife in 1997. The problem was that I was already addicted to meth and leading a double life.

   By the grace of God I was arrested in 1998 and was able to stay out of jail and see my daughter born April of 1999. I was clean and sober, I gave my life to Christ in December 1998 and after the birth of my daughter began to volunteer at our church. I became very involved and sat on various boards and chaired meetings and the mens prayer breakfast. My wife and I taught sunday school and played on the church softball team. I was so busy "doing" church that I was not "hiding HIS Word in my heart" so when the storms came I sinned against HIM and was washed away.

   In November 2003 my wife, my highschool sweetheart, my best friend and better half was diagnosed with cancer. By this time I was a successful salesman for ABC Supply, a Realtor for NP Dodge, and part owner of DJ&C Investments. My wife designed our dream home and we purchased the building lot and broke ground. WE were moving forward and believing God for healing. Christina never drank, smoked, used drugs or lived a unhealthy life. It all seemed so unfair. I prayed to God for healing, then I began to bargain with God as I saw my wife in pain. I asked HIM to allow me to take her place. What I later leared was asking to "stand in the gap" for her. NOTHING, no response. On May 3, 2004 Christina Dawn Brown passed away at the age of 29.

   I blamed God, I started drinking and using meth to dull the pain. I did not know the scriptures such as 1Thess. 4:13. I was mourning as someone with NO hope, I utterly failed my daughter. I completed the construction of our dream home at 305 Delmar Ridge Lane in Council Bluffs, Iowa while everything else was unraveling. I quit my job, was not managing the properties of the investment company, stopped attending church and in October 2005 was indicted and arrested on drug and gun charges. The United States of America against Daniel Brown, I was given a 42.5 year sentence of which I will have to serve 37.5 years after earning all the good time offered.

   I have already served 12 years. I completed a four month drug and alcohol program in 2006. I graduated the Life Connections Program in 2009, which is a 18 month faith based reentry program offered by the Bureau of Prisons. I worked for 112 months in the Federal Prison Indursties as an accounting clerk and completed a 4,150 hour Office Management apprenticeship course. I was transferred to South Carolina where there is not a Unicor so I enrolled in a National Federation of Personal Trainers course and will earn my national license after passing the NFPT test. I am also currently studying independently for Christian/Biblical Counseling.

   I petitioned President Obama under his Clemency Initiative for relief. I was

1

fully screened by the project and accepted. I was assigned an attorney to prepare my paperwork and met all the criteria to have my sentence commuted. My daughter was sent a letter from President Obama on December 13, 2016 saying that he would be thinking of me in the days to come. She had asked President Obama to set me free. The Office of the Pardon Attorney was not able to get through all the applicants and I missed it by only days. On January 20th, 2017 when the final list of commutations came out and my name was missing I felt LEFT BEHIND, many of the friends I met along the way with terribly long sentences were released. I made poor choices as you stated in your book. I have been a model inmate and pray for relief from this long sentence.

## REACHING BACK

Very few have walked in my shoes. I am part of the 99.9% of people that are not bad, I have a good heart that is wholly, and fully committed to God. I made poor choices after my wifes death. I need your help to fulfill my God-given destiny. I have a Clemency Petition pending at the Office of the Pardon Attorney and all it requires is President Trump's signature to release me from Federal prison. I have lived these past 12 years without incident, following all the rules and participating in all programs available to me. I have paid my debt to society and Jesus paid my sin debt on the cross.

My daughter will report to the University of Iowa on August 13, 2017. She is a remarkable young woman. She earned the Horatio Algers scholarship and attended the awards ceremony in D.C. where she was seated with Byron Pitts and many others who have overcome obstacles to be their very best and fulfill God's destiny for their lives. Her aspirations are to become a doctor and attend medical school at Stanford. She is top 10% in the nation on all her testing scores and will accomplish anything she sets her mind to. I am so proud of her. I would love to be there to support her emotionally and financially on this journey.

If I were not in position to ask I would not. I earned my way into prison with poor choices and have done all I can to earn my way out. At sentencing Judge Longstaff said he would not give me all this time if it were up to him. The federal system has mandatory minimum sentencing structures that ties his hands and I was subject to the harshest. He could not have done anything so many years ago at sentencing although he wanted to, but you can today.

On page 219 of your book you say "God has so blessed me, I am constantly looking for ways to use my influence to help others come up higher". I too live my life that way inside prison, I help where I am able. You are in a unique position to REACH BACK Pastor Osteen, please be a people builer, a healer, a voice for the voiceless.

## NOT AN ACCIDENT

Having your book placed in my hands was not by chance. I know the circumstances that had to take place for me to read your book and all those circumstances belong to God. HE is the author and finisher of our faith, the beginning and the end. I praise HIM for my life today and trust HIM to provide the future HE promises. When HE says to "MOVE" I move, thus this letter arriving in your mailbox. May God bless you and yours, thank you for taking the time to read this letter and act on my behalf and God's.

Sincerely,

*[signature]*

Daniel Lynn Brown Jr. #05609-030
Clemency Case No. C156423
March 2, 2020

2

# A Day to Mentor the Youth

Remembering, Giving Back, and

Living for Our Legacy



Monday, February 24
All ⭐ Star Basketball Game
<u>Recreation – Indoor Gym</u>
6:30p.m. – 8:30p.m.

Thursday, February 27
"What is Your Legacy what is Our Future?"
Be a Mentor
<u>Participants will Receive RPP Credit</u>

<u>Education Library</u>
9:30 a.m. – 10:30 a.m.

"Remembering, Giving Back, And Living For Our Legacy!"

"STOP RESISTING!!! X 3"

Now, have I got your attention? Do I have your hearts pounding? Good, that was my intention. My purpose today, is to help you to STOP RESISTING the change that MUST take place in your life.

Today, we are talking about mentoring the youth, giving back as the man we are here to honor was doing and will continue to do as his Legacy lives on. I will share with you three (3) points, that I want you to remember: 1. Decision; 2. Development; and 3. Determination! I call these the "BIG Ds."

It is said that if we change the way that we look at things, the things that we look at will change. It is a "GREAT DAY" to be alive and be afforded the opportunity to make the "DECISION" to change. The decision to change is instantaneous. You don't try to change, you either change or you don't. It is YOUR decision.

Please, allow me to debunk this myth of change being a difficult process that many fail to achieve. Are you ready to have this power revealed to you? This power resides in each and every one of you this very moment. RIGHT NOW!!! TRY to stand up. Go ahead, TRY! I can see the light turning on in your minds. Decisions gentlemen, you either decide to stand up or you don't; there is no try, there is no delay. Decisions, Decisions, Decisions, the Decisions we make today, will determine our destinies. Are you living your Legacy?

You have taken that First Step to change, here is the

second - DEVELOPMENT.  While some Decisions to Change require NO DEVELOPMENT, others do.  Your decision to stand up was instant, you did it.  However, some other Decisions to Change require time to develop.  Think about the idea of conception that through the process of development produces a miracle.  Picture this in your mind, a beautiful baby is born.  The Change Process is Amazing and WONDERFUL!

Make the Decision this very moment to Change and enter into this stage of Development.  The final sign-post of the Big Ds is Determination.

The process will be painful and you will want to stop in the middle of the development stage.  Keep going, be DETERMINED! The miracle awaits right on the other side of uncomfortable and inconvenient.

Thank You!

*[signature]*

By: Daniel Brown

Daniel Lynn Brown Jr. #05609-030
www.freedanbrown.com
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Clemency Case # C156423



***** The Making of a Man *****
February 13, 2020

    This is my story, my journey from a boy to a man. The reality I once held to be self-evident about manhood was distorted by my programming. I once believed that being tough made me a man, that having sex made me a man, and leaving my parents house and being on my own made me a man.

    As I reflect on my life I realize that I once believed that getting married, owning my own home, and being successful was the measure of a man. I was so terribly wrong in every one of these beliefs. It has taken a journey for me to discover the truth.

    The journey of self discovery or the journey of discovering my SELF began May 3, 2004, this is the day my high school sweetheart, my wife, passed away after a short and painful fight with a rare form of cancer. I was left that day to question everything I once held to be true. I questioned God and the very foundation of my faith. I then went on to blame God as a boy would blame his loving father for taking something away from him. I figuratively threw myself on the floor like a boy and had a fit, a temper tantrum as a young boy would do. I literally destroyed that life I had built and ran from God.

    There I was, a 27 year old boy. I was a successful salesman, a licensed Realtor®, a business owner, an elder in my church, a dad, and at the same time still a boy. In all outward appearances I was a man, or rather, everything society's programming had me to believe constituted being a man.

                                                   www.freedanbrown.com

"When I was a child, I spoke as a child, I understood as a child, I thought as a child" 1Corinthians 13:11a. A child thinks only of himself, a boy is selfish and self-centered, moved by emotion and not intellect. My thoughts, my words, and my very understanding led me to boyish action. I drank, I used drugs, I broke the law and in so doing I did not honor my commitments or responsibilities. These facts are all evidence to convict me on the charge of being a boy.

OH! "but when I became a man, I put away childish things." 1Corinthians 13:11b. In this journey of discovering my SELF I put away childish things. I no longer make excuses and have accepted responsibility for my boyish actions. I wrote and continue to write letters to all those I had harmed and asked for forgiveness. I get on my knees daily and ask my heavenly Father to forgive me and vow to follow HIM, to serve HIM, to be transformed into HIS image and example of a Man. I saw my reflection in the mirror and for the first time I saw the MAN God created me to be.

It was that day a MAN emerged from the flames, the refiners fire had done its perfect work. I was given the power and strength to put away all childish things.

The transition for me took place at 29 years old, fifteen years ago now. It has been a wonderful journey of SELF discovery since that day. I was set free, I am no longer at the mercy of my emotions. I emerged a MAN, that MAN you see presenting himself before you this day.

Clemency Case Number
C156423

Daniel Lynn Brown Jr. #05609-030
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
February 13, 2020

*D L Brown Jr*

```
WILD7            *        INMATE EDUCATION DATA        *    02-03-2020
PAGE 001         *             TRANSCRIPT              *    12:15:09

REGISTER NO: 05609-030    NAME..: BROWN                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: WIL-WILLIAMSBURG FCI
```

```
------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
WIL  ESL HAS    ENGLISH PROFICIENT            05-22-2008 1206 CURRENT
WIL  GED HAS    COMPLETED GED OR HS DIPLOMA   05-22-2008 1206 CURRENT
```

```
--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
WIL        COLL CORRESPON COURSE-FCI&SPC 01-15-2020  CURRENT
WIL        LEISURE LEATHER CRAFT CLASS   10-11-2019 12-13-2019  P   C  P   16
WIL        LEAD-ADDICTION SUPPORT GROUP  09-16-2019 12-09-2019  P   C  P   20
WIL        HOBBYCRAFT TOOL CLASS         10-31-2019 12-13-2019  P   C  P    2
WIL        RPP#3 INSURANCE INFORMATION   12-03-2019 12-09-2019  P   C  P    2
WIL        RPP#3 CREDIT SHARKS           11-04-2019 12-09-2019  P   C  P    2
WIL        RPP#3 MARKETING & BUYING BARG. 11-25-2019 12-09-2019 P   C  P    2
WIL        LEAD-TOTAL WELLNESS-NFPT      08-24-2019 11-09-2019  P   C  P   50
WIL        RPP#6-WHO MOVED THE CHEESE-SLF 09-15-2019 10-20-2019 P   C  P    6
WIL        RPP #5 - BEHIND BARS          11-18-2019 11-18-2019  P   C  P    1
WIL        RPP#4 - POST PRISON: ADJUSTING 11-18-2019 11-18-2019 P   C  P    1
WIL        LEAD-I OWN IT                 10-05-2019 11-09-2019  P   C  P   10
WIL        RPP#2 JOB FAIR INTERVIEW      07-20-2019 10-11-2019  P   C  P    1
WIL        RPP#3 MARKETING & BUYING BARG. 10-24-2019 11-04-2019 P   C  P    2
WIL        RPP#3 DUMPING DEBT            10-21-2019 11-04-2019  P   C  P    2
WIL        LEAD-I OWN IT                 08-24-2019 09-21-2019  P   C  P   10
WIL        LEAD-ART OF PUBLIC SPEAKING   08-20-2019 10-15-2019  P   C  P   10
WIL        RPP#3 CREDIT SHARKS           10-01-2019 10-07-2019  P   C  P    2
WIL        SERV-SAF 12:30-2:00PM         07-22-2019 09-30-2019  P   C  C  120
WIL        RPP #5 RELEASE ISSUES         09-17-2019 09-17-2019  P   C  P    4
WIL        RPP#6-WHO MOVED THE CHEESE-SLF 09-12-2019 09-22-2019 P   C  P    6
WIL        RPP #6-GOALS-SELF HELP        05-28-2019 06-04-2019  P   C  P    4
WIL        RPP #6-UNLIMITED POWER-SLF HLP 08-13-2019 09-17-2019 P   C  P   10
WIL        RPP#6-THE GIANT WITHIN-SLF HLP 07-16-2019 08-13-2019 P   C  P   10
WIL        RPP #6-SELF MATTERS/SLF HLP   04-01-2019 04-30-2019  P   C  P    4
WIL        RPP #6-SELF MATTERS/SLF HLP   09-23-2019 09-23-2019  P   C  P    4
WIL        RPP #6-SELF MATTERS/SLF HLP   09-23-2019 09-23-2019  P   C  P    4
WIL        LEAD-COGNITIVE SKILLS (BASIC) 05-24-2019 08-09-2019  P   C  P   10
WIL        RPP #5 - BEHIND BARS          08-05-2019 08-05-2019  P   C  P    1
WIL        RPP#2-AFTER PRISON GETTING WRK 08-12-2019 08-12-2019 P   C  P    1
WIL        RPP#3 DUMPING DEBT            07-25-2019 08-05-2019  P   C  P    2
WIL        SAVE OURSELVES-RPP #6         08-14-2018 03-26-2019  P   C  P   12
WIL        BEADING CLASS                 03-12-2019 07-22-2019  P   C  P   16
WIL        RPP #6 - SUICIDE COMPANION    12-15-2017 07-16-2019  P   C  P  100
WIL        RPP#3 CASH FLOW PLAN;BUDGETING 06-27-2019 07-09-2019 P   C  P    2
WIL        LETS TALK BOUNDARIES          04-01-2019 05-01-2019  P   C  P   10
WIL        RPP#2 JOB FAIR INFORMATIONAL  03-23-2019 05-06-2019  P   C  P    2
WIL        RPP#6-PSYCH OF WINING-SLF HLP 03-20-2019 03-27-2019  P   C  P    2
WIL        RPP#6-OVERCOMING ANGER/SLF HLP 03-06-2019 03-13-2019 P   C  P    2
WIL        RPP6-OVERCOMING DEPRESSION S/H 02-20-2019 02-27-2019 P   C  P    2

G0002      MORE PAGES TO FOLLOW . . .
```

```
WILD7           *         INMATE EDUCATION DATA       *      02-03-2020
PAGE 002        *              TRANSCRIPT             *      12:15:09

REGISTER NO: 05609-030   NAME..: BROWN              FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: WIL-WILLIAMSBURG FCI

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
WIL        RPP1-HOW 2 MANAGE STRESS-SLF H 01-23-2019 02-13-2019  P   C  P    4
WIL        LEAD-COGNITIVE SKILLS (BASIC)  01-23-2019 03-27-2019  P   C  P   10
WIL        LEAD READY 4 REDEMPTION        01-14-2019 04-01-2019  P   C  P   20
WIL        FCI PARENTING CLASS            01-24-2019 04-17-2019  P   C  P   20
WIL        RPP #3 RELATING TO MONEY       03-26-2019 04-08-2019  P   C  P    2
WIL        HOLIDAY CRAFT MAKING CLASS     01-03-2019 03-03-2019  P   C  P   16
WIL        MOTIVATE EDUCATE & NURTURE MEN 10-15-2018 03-01-2019  P   C  P   40
WIL        HEALTHY MARRIAGE RELATIONSHIP  12-04-2018 12-25-2018  P   C  P   10
WIL        RPP #6-TOTAL WINNER-SELF HELP  01-17-2019 01-17-2019  P   C  P    2
WIL        MONEYSMART RPP#3               01-31-2019 03-02-2019  P   C  P   10
WIL        LEAD SPIRIT OF MAN             02-11-2019 02-28-2019  P   C  P   12
WIL        RPP #3 EMERGENCY SAVING FUND   01-31-2019 02-12-2019  P   C  P    2
WIL        ART HISTORY-VARIOUS TOPICS     12-26-2018 12-28-2018  P   C  P    2
WIL        LEAD-AERIAL&SCISSOR LIFT SAFTY 12-17-2018 12-19-2018  P   C  P    6
WIL        LEAD DIVERSITY AWARENESS       12-20-2018 12-20-2018  P   C  P    4
WIL        LEAD GETTING CHANGE RIGHT      09-03-2018 10-01-2018  P   C  P   20
WIL        LEAD GETTING CHANGE RIGHT      09-03-2018 09-03-2018  P   C  P   20
WIL        RPP #5 RELEASE AND GRATUITY    12-11-2018 12-11-2018  P   C  P    1
WIL        RPP #4 USPO/CCC RLS ISSUES     12-11-2018 12-11-2018  P   C  P    3
WIL        WORK READINESS                 10-10-2018 12-03-2018  P   C  P   30
WIL        HEALTH FAIR-VARIOUS TOPICS     09-25-2018 09-28-2018  P   C  P    2
WIL        JOB FAIR INTERVIEW             07-28-2018 09-27-2018  P   C  P    1
WIL        VT CLASS WORK CABINET STUDENT  04-17-2018 09-20-2018  P   C  C  400
WIL        WORK PLACE SAFETY-LEAD UNIT    06-12-2018 09-18-2018  P   C  P   10
WIL        JOB FAIR INFORMATIONAL         04-10-2018 06-04-2018  P   C  P    2
WIL        LEISURE LEATHER CRAFT CLASS    03-06-2018 05-31-2018  P   C  P   16
WIL        MOTIVATE EDUCATE & NURTURE MEN 02-01-2018 05-09-2018  P   C  P   20
WIL        RESUME AND COVER LETTER        03-30-2018 04-05-2018  P   C  P    5
WIL        RPP #1 - REC NFPT CLASS        07-17-2017 01-12-2018  P   C  P   20
WIL        LEISURE DRAWING CLASS          09-06-2017 11-09-2017  P   C  P   16
WIL        RPP6-READINESS FOR CHANGE      09-11-2017 11-06-2017  P   C  P    8
WIL        HEALTH FAIR-VARIOUS TOPICS     09-27-2017 10-03-2017  P   C  P    2
ATL DCU    DENTENTION CENTER ANGMGT CLS   06-09-2017 07-12-2017  P   C  P   10
WIL        RPP #1 HIV/AIDS AWARENESS      06-20-2017 06-20-2017  P   C  P    1
THA        OFFICE MAN. APPRENTICESHIP-    07-01-2015 07-19-2016  P   C  A 4150
THA        CHARCOAL CLASS AT FCI          07-14-2014 09-21-2014  P   C  P    2
THA        BASIC CERAMICS                 04-15-2014 06-28-2014  P   C  P    2
THA        RPP EMPLOYMENT CLASS           06-18-2014 06-18-2014  P   C  P   18
THA        ART PAINTING                   03-10-2014 03-24-2014  P   C  P    5
THA        BASIC CROCHET INSTRUCTION      01-07-2014 02-11-2014  P   C  P    4
THA        AT RISK STAFF TAUGHT NUTRITION 09-04-2013 09-26-2013  P   C  P    2
THA        FCI PSYCHOLOGY                 07-11-2013 09-26-2013  P   C  P   12
THA        JOB FAIR INFORMATION           07-17-2013 07-17-2013  P   C  P    1
THP LCP    WELLNESS CLASS-BASIC NUTRITION 06-11-2011 09-18-2011  P   C  P   12
THP LCP    ACE ADV LEADERSHIP TUES 630 PM 12-16-2011 04-09-2012  P   C  P    2

G0002          MORE PAGES TO FOLLOW . . .
```

```
WILD7             *        INMATE EDUCATION DATA         *     02-03-2020
PAGE 003 OF 003   *            TRANSCRIPT                *      12:15:09

REGISTER NO: 05609-030    NAME..: BROWN                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: WIL-WILLIAMSBURG FCI
```

```
---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
THP LCP    ACE TUTOR TRAINING CLASS   01-11-2012  01-19-2012   P  C  P   12
THP LCP    ACE LEADERSHIP TUES 630 PM 08-18-2011  12-14-2011   P  C  P   12
THP LCP    LEARNING MEAL PLANNING     06-05-2011  08-24-2011   P  C  P   20
THP LCP    TEACH ADVANCE PHYSICAL ACT 06-05-2011  08-23-2011   P  C  P   60
THP LCP    BASIC WELLNESS ADVANCED    06-07-2011  08-22-2011   P  C  P   60
THP LCP    ACE NUTRITION IN LCP UNIT  02-13-2011  05-02-2011   P  C  P   12
THP LCP    ACE SCREENWRITING WED 6:30 PM 12-29-2010 03-24-2011 P  C  P   12
THP LCP    LEARNING MEAL PLANNING     08-03-2010  01-23-2011   P  C  P   30
THP LCP    TEACH ADVANCE PHYSICAL ACT 09-20-2010  10-25-2010   P  C  P   20
THP LCP    BASIC WELLNESS ADVANCED    08-10-2010  09-20-2010   P  C  P   30
THP LCP    CHAPEL ACE DEATH DYING & GRIEF 12-25-2009 03-08-2010 P C  P   12
THP LCP    ACE BIBLICAL GREEK 2 IN LCP 09-13-2009 12-07-2009   P  C  P   12
THP LCP    MOCK JOB FAIR IN LCP UNIT  10-29-2009  10-30-2009   P  C  P    2
THP LCP    WELLNESS CLASS-BASIC NUTRITION 03-01-2009 06-21-2009 P C  P    6
THP LCP    ACE BIBLICAL GREEK IN LCP UNIT 03-01-2009 06-08-2009 P C  P   12
THP LCP    ACE EUROPE/WEST CIV 2 MON 715 03-18-2009 06-02-2009 P  C  P   10
THP LCP    ACE BIBLICAL HEBREW: LCP UNIT 10-26-2008 02-09-2009 P  C  P   12
THP LCP    ACE EUROPE/WEST CIV MON 715 02-02-2009 03-10-2009   P  C  P    6
THP LCP    PARENTING CLASS:FRI-9-10:30AM 01-12-2009 01-30-2009 P  C  P    6
THP LCP    ACE INTERNET JOB SRCH MON 6-8 12-15-2008 01-26-2009 P  C  P   12
THP LCP    HEALTH FAIR                12-16-2008  12-16-2008   P  C  P    3
THP LCP    WELLNESS CLASS-STEP AEROBICS 09-16-2008 11-06-2008  P  C  P    6
THP LCP    ACE KEYBOARDING IN LCP UNIT 08-10-2008 09-28-2008   P  C  P    9
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



### PRELUDE (CHAPLAIN ENTERS)
Instrumental

### CANDLE LIGHTING
A. Morales

### OPENING PRAYER
J. Cleveland
Proverbs 31:25-31

### SCRIPTURE READING
D. Brown             R. Stevens
Psalms 23            Galatians 5:22

### COMMUNITY PRESENTATION
N. Jennings-Townsend
R. Shadburn
J. Melendez
R. Stevens
W. Dahl
D. Pippert
A. Brown



### SPECIAL PRESENTATION

### SPECIAL TRIBUTE
Praise Team

### SPECIAL WORDS
Chaplain Middleton

### SPECIAL TRIBUTE
Praise Team

### BENEDICTION
Chaplain





# GOD MADE PASTORS...

GOD LAID HIS HAND UPON THEM, AND BREATHED HOPE INTO THEIR SPIRITS. HE FILLED THEM WITH HIS STRENGTH, AND PLACED A MESSAGE OF URGENCY AROUND THEIR LIVES. GOD CHALLENGED THEM TO GREATER WORKS THAN HE HAD EVER DONE. THEN, WITH HIS OWN HAND OF BLESSING, HE WRAPPED THEM UP IN HIS MANTLE OF LOVE AND CALLED THEM PASTORS. EACH ONE SHOULD USE WHATEVER GIFT HE HAS RECEIVED TO SERVE OTHERS, FAITHFULLY ADMINISTERING GOD'S GRACE.

1 PETER 4:10 (NIV 1984)



Pastor Appreciation Day

Daniel Brown #05609-030
FCI Williamsburg
P.O. Box 340
Salters, SC 29590





05609-030
Judge Pratt
Clerk of the Court for
123 E Walnut ST
DES Moines, IA 50309
United States

RECEIVED
MAR 1 9 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA