4-11-20

Judge Robert Pratt

I am writing to support my big brother
Dan Brown Jr 0560903O Case # 4:05-cr-~~00227~~ 00227

I have looked up to brother and when his
wife died at age 29 we were all devastated.
My brother was building their dream home she
designed, then she got cancer and was gone
leaving behind Dan and Caitlynn (5 years old)
My brother made the biggest mistake of his
life after this and now he has served his
time and needs to come home to his daughter
and the rest of us who miss him so much.

I have seen a harder worker than my
brother and I need him home to help
me with my struggles through my divorce
I have missed his support and would really
like it right now.

Thank you for taking the time to read
this and I know I will see my brother home
soon, thanks to you.

Jake Brown

I sent you an email under my mothers email
forgot to sign it.



Judge Robert W. Pratt
123 East Walnut St
Des Moines, IA
50309

Honorable Judge Robert W. Pratt,

We are writing on behalf of our son Daniel L Brown Jr. 05609030 clemency # 4:05-cr-00227-RP-CFB. We support our son and our very proud of all his accomplishments before he was incarcerated and since he has Been Incarcerated.

Dan has always been a hardworker and Knows how to be self sufficient. You Know what a great man he is by the letter you wrote and the one the Honorable Judge Ronald Longstaff wrote on his behalf to have him released. His father and I and his whole family & friends could write pages & pages about why he deserves to be released, but you already Know this.

God had a plan for Dan Jr while he was incarcerated he helped young men & old to be better men, stay out of gangs & stay out of trouble and get their GED's. We even get a letter from a 56 year old black man telling us how Dan taught him to read and write and how it changed his life. It is now time for Dan to

be home with/for his daughter and family.

   We guarantee Dan will never be in trouble again. He has a home here he has vehicle (when he gets his License) and it will not be hard for Dan to get a job.

   My parents asked me to write on their behalf as they are in their 90's and not able to write or email. They have not been able to visit Dan since he has been sent to South Carolina around 3 years now. When Dan was in Indiana they were able to visit. My Dad + Mom pray they will have Dan home before they pass away. My Dad also ask for one thing on his 91st Birthday on May 15, 2020 and that is for Dan to be home.

   If Dan has taught us anything in these last 14½ years it is to have faith. Even times I wanted to yell and scream at God he reminded me to have faith. Our faith is in God and the judicial system to do the right thing and bring our son home. We will come + get him, we will fly him home. anything we have to do to get him home and away from prison during this time of Pandemic.   Thank you so much for listening. GOD BLESS Dan Diane Brown Sr 712-329-9344

Dan + Diane Brown Sr.
20 Glenview Dr
Co Bluffs, IA 51501



Judge Robert W. Pratt
123 EAST Walnut St
Des Moines, IA   50309

PRIORITY® MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT®

~~TO BE USED WITH USPS~~

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 04/15/20

USPS TRACKING® NUMBER

9505 5125 0526 0104 4807 45






UNITED STATES POSTAL SERVICE®

1004      50309

U.S. POSTAGE PAID
PM 2-Day
COUNCIL BLUFFS, IA
51503
APR 13, 20
AMOUNT
**$7.75**
R2304E106663-99

RECEIVED
APR 2 1 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

✂ For International shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

**PRIORITY**® ★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

* Domestic only.

TRACKED*
★ ★ ★
INSURED*
★

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

EP14H © U.S. Postal Service; July 2013; All rights reserved.

**PRIORITY**® ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

 **UNITED STATES POSTAL SERVICE**®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H July 2013
OD: 10 x 5



PS00001000064

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.

1805 Frances Ave
Elkhart, IN  46516

April 16, 2020

Judge Robert W. Pratt
United States District Court Judge
PO Box 9344
123 E Walnut Street
Des Moines, Iowa  50309

RE: Daniel Lynn Brown, Jr. 05609-130

Dear Judge Pratt:

I learned to know Dan when he was a cellmate with Doug, a young man, that I met through my work as a hospice social worker/bereavement counselor.  Dan was a very positive influence on Doug.  Doug was released several years ago and is now doing well.  He is employed, in a stable romantic relationship and the father of two young children. I credit Dan for taking Doug under his wing and his positive influence on Doug.  Since then, I have corresponded with Dan for several years.

In this time of COVID 19 I understand the danger of overcrowded prisons and the health risk to inmates and staff. This calls upon the legal system to make difficult decisions.  Which prisoners have shown the most evidence that they are rehabilitated and are most likely to contribute to society?  In this health crises and economic recession, we need workers who help build our country's economy rather than too many prisoners who drain public resources.

I ask you to consider Daniel who has been incarcerated for over 12 years.  I invite you to check out his website, www.freedanbrown.com.  Below is a quote from a letter of support for commutation of sentence for Daniel Brown written by Ronald E. Longstaff, retired US District Court Judge in Iowa.  Judge Longstaff was the judge who originally sentenced Dan.  The complete letter is posted on Dan's website and enclosed with this letter.  I quote:

> Mr Brown's conduct was certainly serious and deserved a long
> sentence.  However the consecutive nature of the enhanced

penalties required on Count 15, an additional 300 months made the sentence overly lengthy and harsh. Almost certainly his sentence would be substantially lower if he were sentenced today. This was one of the most severe sentences I imposed as a district court judge. The sentence imposed was far greater than what was necessary to achieve the ends of justice in this case. I support a commutation of sentence for Daniel Brown.

I have enclosed a list summarizing some of the self-improvement classes he has taken while in prison. He has not just taken classes, but demonstrated leadership within the prison community. I think you would agree that he could be described as a model prisoner.

Dan has a supportive family and a young adult daughter who provide great motivation for him to continue his accomplishments on the outside. I personally have nothing to gain by Dan's release, but as a fellow Christian and advocate of social justice, I invite you to consider his case.

I encourage you or one of your aides to peruse Dan's website. I think you would recognize that Dan deserves a break and that he could contribute to a world that needs more people like the person Dan has become.

Thank you for considering a Compassionate Release or Dan's Clemency Case # C 156423.

Sincerely,

Greg Suderman, MSW, LCSW
Social Worker and Bereavement Counselor
bgsuderman@gmail.com
Home phone 574-293-6302
Cell phone  574-849-3255

# UNITED STATES DISTRICT COURT
## Southern District of Iowa                    **EXHIBIT Two**

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Des Moines
Davenport
Council Bluffs



Chambers of
RONALD E. LONGSTAFF
Retired
515.284.6463

July 24, 2018

Mr. Larry Kupers, Deputy Pardon Attorney
United States Department of Justice
145 N Street N.E.  Suite 5E
Washington, D.C. 20530

Re: Daniel Lynn Brown.
Reg. No. 05609-030.  *United States v. Brown*. 4:05-cr-00227-RP (S. D. Iowa)
Applicant for Commutation of Sentence

Mr. Kupers:

Counsel for Mr. Daniel Brown recently notified me of his pending application for commutation of sentence.  On December 7, 2007. I sentenced Mr. Brown to 510 months. an extremely long sentence due to the mandatory nature of the enhanced penalties.

Mr. Brown's conduct was certainly serious and deserved a long sentence.  However, the consecutive nature of the enhanced penalties required on Count 15, an additional 300 months, made the sentence overly lengthy and harsh.  Almost certainly his sentence would be substantially lower. if he were sentenced today.

This was one of the most severe sentenced I imposed as a district court judge.  The sentence imposed was far greater than what was necessary to achieve the ends of justice in this case.

I support a commutation of sentence for Daniel Brown, and would be pleased to discuss these circumstances further if you desire.

Sincerely,

Ronald Longstaff   by ra
Ronald E. Longstaff.
U.S. District Court Judge. Retired

rel/ra
cc: John S. Albanes
4211 Bradley Lane
Chevy Chase. MD 20815

( o v e r )

# Dan Brown
## Change Champion

" This is not only what I do, this is who I am."

*** SEEKING FREEDOM THROUGH PRESIDENTIAL CLEMENCY ***

### Clemency Case # C156423

* Incarcerated since 2005, disciplinary free, serving a 42.5 year sentence.
    * Non-Violent Offender, serving an extra 25 years for "stacking"
    corrected by the First Step Act, yet not applied retroactively.
* Toastmasters International, Vice-President of Education
* National Federation of Professional Trainers, Certified Personal Trainer,
  Certification # 510187 - NFPT Instructor
* Life Connections Program graduate - 5 years Mentoring/Teaching service
* Unicor (Federal Prison Industries) 10 years of service as Accounting/Pay Clerk
* Department of Labor, Office Management Apprenticeship Program, 4,150 hours to
  complete, completed in 2 years.
* L.E.A.D. Honors Unit Program Facilitator/Liaison/Conflict Resolution
    * Mentor/Teacher/Tutor/Curriculum writer
    * Psychological Education Facilitator
    * Team Building Facilitator
    * Author of "Mission Possible" Workshop Series
* Suicide Companion Cadre Team Member
* GED and Special Learning Needs tutor
* Associate of Vietnam Veterans of America Member/Volunteer
    * Volunteer hours logged quarterly.
* Community Outreach Program Facilitator
    * World Vision "knit for kids"
    * Crochet Projects for group homes, homeless, and cancer patients.

As a committed "Change Champion" I am dedicated and determined to exercise
my God given talents of leadership and teaching to empower others daily through
education and inspiration to realize their full potential.   I teach that
learning equals change and it is not enough to know what to do, you must do what
you know.

Daniel Lynn Brown Jr. #05609-030

**www.freedanbrown.com**

Greg Suderman
1805 Frances Ave
Elkhart, IN 46516

16 APR 2020 PM 1 T

X-RAYED & CLEARED BY U.S.M.S.

Judge Robert W Pratt
US District Court Judge
PO Box 9344
123 E Walnut Street
Des Moines, Iowa
50309

RECEIVED

APR 2 1 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

FOREVER USA

Dear Judge Pratt,

I am writing on behalf of my nephew Daniel Lynn Brown Jr. # 05609-030 case number 4:05-cr-00227-RP

that you will consider the early release of him. We feel that Daniel has rehabilitated himself

while in prison and that he isn't a threat to society.

He has family support to help him get back into the main stream of life outside of prison.

Please reconsidered his compassionate release.

Thank you,

*Julie Eischeid*

Julie Eischeid

Julie Eischeid
103 So. Hill Circle
Council Bluffs Iowa
51503

FOREVER / USA

RECEIVED
APR 21 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Judge Robert W. Pratt
123 East Walnut Street
Des. moines, Iowa
51503

X-RAYED & CLEARED BY U.S.M.S.

50309-203871

April 13, 2020

Judge Pratt
123 E. Walnut St.
Des Moines, IA 50309

I am writing you in regards to a young man named Daniel Lyne Brown. Daniel is a nephew of mine through marriage and have been knoledgeable of his early years of growing up.

I am a recently retired dentist in Council Bluffs, Iowa. I am a 1966 graduate of the Creighton school of Dentistry and a avid BlueJay basketball Fan.

Sometime ago, Daniel request I send a letter to Kyle Korver who was an all American basketball player at Creighton and is still in the NBA. Mr. Korver belongs to a group of professional players who formed a group called "Play For Justice". Mr. Korver grew up in Pella, Iowa, the son of a minister. I am enclosing a copy of that letter which explains in detail why I feel it would be a good decision to have Daniel Lyne Brown released at this time.

I thank you for any consideration you can this particular situation.

Sincerely
Raymond H. Eischeid

Raymond H. Eischeid
103 S. Hill Circle
Council Bluffs, IA 51503

P.S. please contact me if I can be of help.

Daniel Lynn Brown
FCt Williamsburg
P.O. Box 340
Salters, SC 29590

Copy

Dear Mr. Kyle Korver,

I am writing you in regards to a man who desparately needs some help.

Before I go into this, I want to tell you who I am and my relationship to the person of interest. My name is Raymond H. Eischeid and I am a recently retired dentist in Council Bluffs, Iowa. I entered the Freshman Class at Creighton in the year of 1959, the same year that Paul Siles arrived. I graduated from the School of Dentistry at Creighton in 1966.

In 1970, I married Julie Brown of Council Bluffs who came from a family of eleven children. This family lost their father at a very young age. The two older boys had already been gone and Mrs Brown was left with nine children with the twins still in diapers. My wife Julie, was the third oldest and became a care taker at a very young age, a Freshman in high school. I mention this to give you a little background of the Brown family.

Some of the younger boys, thou very good in that they would do anything for you, lived on the edge at times. There was a discipline problem. I contribute this to the loss of their father at such an early age. The point of focus would be Dan Brown who was the seventh child. He had a particular disadvantage in that he had a learning problem called dyslexia, a person of normal intelligence but difficulties reading and writing. Dan always got in trouble and ran away from home possibly when he was fifteen. He ended up in California and returned home about four years later. He was a real survivor I must say. He eventually married a girl who did very well in school. She was very intelligent and now works for the U.S. Postal system.

This brings me to the issue at hand. Dan and his wife had a second child named Daniel Lyne Brown. Daniel Lyne had a lot going for him in that he was very intelligent with a lot of talent. He could do anything. Daniel end up marrying a very nice girl who had lost her mother maybe before school age and was raised by her grandparents. Her name was Christina McManus. Christina was a very lovely young women who was very fortunately in that her mother had provide money for her future education which she wisely used to attend Creighton.

Daniel and Christina had so much going for them as he had a good job and she had a college education and a bright future. They had a child who was possibly only five years old when tradgedy struck, Christina developed a rare cancer and died at the age of thirty.

This left Daniel with the responsibility of raising a small child. Still, Daniel had a lot going for him. He had a good job, was intelligent and had talent, how could things go wrong? Daniel did have some issue early in growing up. He is fully aware that at times he did live on the edge. In my estimation, I think the loss of Christina and the fact that his father had big issue as well, may have contributed to Daniel going forward.

My wife and I maintain contact with Daniel and visited with him when he was in federal prison in Illinois. Since then he has been transferred to federal prison in South Carolina. In through our visiting with him and writing letters I see so much potential good in him. I find Daniel to be a man of strong Christian faith and someone who conveys this to others. He is a good speaker and communicates well and I think he is a person who shares this faith with others. If will he every gets the chance to spread the good news, I don't know. What I do know is that of all the prisoners in this country today, I think he would have one of the best chances of making it in society. I would have to put him right at the top.

I am writing you this letter because Daniel requested I do so. Maybe he thought that since I am a Jaybacker and season ticket holder, I would have some pull. Well I am very proud of Creighton and of all of it's academic and sports programs and also of you who has done so much for the university.

In ending, I can't emphasize enough. I think it's time for this young man to come home. Forty two years in prison, I hope and pray not.

As I understand it, you belong to a group of athletes that can possibly help people like Daniel. If you can help, please consider it. If not we ask for your prayers. If you need any information about this case, Julie and I would do our best to help with that also.

If we can be of assistance, we can be contacted at the following address and cell number: Mr & Mrs Raymond Eischeid
103 South Hill Circle
Council Bluffs, IA 51503
Cell: (402 674) 310,8036
Cell: (712) 310-6176


Sincerely
Raymond Eischeid

P.S.

I am enclosing a copy of the letter that Daniel wrote us which explains much better then I as to his situation.

COPY

# Dan Brown
## Change Champion

### BEFORE INCARCERATION

* Graduated Lewis Central High School 1994

* Attended Metro Tech Community College 1995-1996

* Married High School sweetheart-Christina Dawn Brown 1997

* Struggled with Alcohol/Drug addiction 1994-1998

* Indicted for Methamphetamine charges 1998

    * First arrest ever, 14 month split sentence, clean and sober.

* Birth of beautiful daughter, Caitlynn Christyne Brown 1999

* Salesman for ABC Suppy Company 1999-2004

* Licensed Realtor® in 2001, worked for NP Dodge Realty

* Partner in D.J.&C. Investments, real estate holding company.

* Elder at New Horizons/Grace Presbyterian Church

* Pillar of my community.

******* May 3, 2004, lost my wife to cancer *******

---

After the death of my wife I could not manage my grief, the disease of addiction took over and I failed everyone.  I started drinking alcohol and using drugs to dull the pain, it did not work, the disease progressed until my arrest.

******* I AM NOT THE MISTAKES OF MY PAST *******

# Dan Brown
## Change Champion

" This is not only what I do, this is who I am."

*** SEEKING FREEDOM THROUGH PRESIDENTIAL CLEMENCY ***

* Incarcerated since 2005, disciplinary free, serving a 42.5 year sentence.
  * Non-Violent Offender, serving an extra 25 years for "stacking" corrected by the First Step Act, yet not applied retroactively.
* Toastmasters International, Vice-President of Education
* National Federation of Professional Trainers, Certified Personal Trainer, Certification # 510187 - NFPT Instructor
* Life Connections Program graduate - 5 years Mentoring/Teaching service
* Unicor (Federal Prison Industries) 10 years of service as Accounting/Pay Clerk
* Department of Labor, Office Management Apprenticeship Program, 4,150 hours to complete, completed in 2 years.
* L.E.A.D. Honors Unit Program Facilitator/Liaison/Conflict Resolution
  * Mentor/Teacher/Tutor/Curriculum writer
  * Psychological Education Facilitator
  * Team Building Facilitator
  * Author of "Mission Possible" Workshop Series
* Suicide Companion Cadre Team Member
* GED and Special Learning Needs tutor
* Associate of Vietnam Veterans of America Member/Volunteer
  * Volunteer hours logged quarterly.
* Community Outreach Program Facilitator
  * World Vision "knit for kids"
  * Crochet Projects for group homes, homeless, and cancer patients.

As a committed "Change Champion" I am dedicated and determined to exercise my God given talents of leadership and teaching to empower others daily through education and inspiration to realize their full potential.   I teach that learning equals change and it is not enough to know what to do, you must do what you know.

Daniel Lynn Brown Jr. #05609-030

Daniel Lynn Brown Jr. #05609-030
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
www.freedanbrown.com

Mr. Kyle Korver,

Greetings, I want to first say Thank YOU.  Thank you for your contribution in bringing a ray of hope and joy to incarcerated citizens.

I was born in Omaha, Nebraska August 21, 1976 and married Christina Dawn McManus on November 1, 1997.  The reason I share this quick background is to allow you to see the reason for this letter.  My wife graduated from Creighton University in 1996 and we spent alot of time on campus and especially as an alumni.  We attended most events on campus and I remember watching you practice and play while you were at Creighton, these memories are fond for me.

I lost my wife to a rare form of cancer on May 3, 2004, 10 days shy of her 30th birthday and a year into your professional career.  Every memory I have of her is precious.  I made a huge mistake after her death, I began to drink heavily and started using drugs.  These decisions altered the course of my life, and my daughter, and family.  I have been incarcerated since October of 2005 with a projected release date of 2042.

Mr. Korver, when I saw the article about your participation in "Play for Justice", I thought about divine intervention, you could be a key player in my quest for justice.  I have worked hard these past 14 years of incarceration to obtain relief and return home to my family.  I have two federal Judges that support my quest for relief and a law change through the First Step Act.  The change in law should have set me free on September 20, 2019.  However, the law was not made retroactive.

I am asking for your support.  Before you reply I ask that you please visit my website at www.freedanbrown.com to read for yourself that I am deserving of a second chance, or redemption.

-1-

One call from you to President Trump would be all that it takes.  I have had a Clemency Petition ( # C156423 ) that has been pending since 2011.  The commutation process is very slow and it takes names like Kim Kardashian and Kyle Korver to push past the red tape and see justice done.  I have done everything possible to obtain relief Mr. Korver.  You would be redeeming my life and restoring me to my family.  I look forward to hearing from you. Thank you for taking the time to read about me and respond.

Sincerely,

Daniel Lynn Brown Jr.
January 5, 2020



Raymond Eischeid
103 S. Hill Cir.
Council Bluffs IA 51503-0341

OMA
PM
3 APR 14
2020
NEBR.

FOREVER / USA   FOREVER / USA

Judge Pratt
173 E. Walnut St.
Des Moines, IA 50309

RECEIVED

APR 2 1 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

D & CLEARED BY U.S.M.S.

5000982098 0082

Judge Robert W. Pratt

123 E. Walnut Street

Des Moines, IA 50309


Patrick K. Plumlee

581 Meadowbrook Ln.

Harrodsburg, KY 40330


RE: Daniel Lynn Brown Jr.  #50609-030

Case No. 4:05-cr-00227-RP


Honorable Judge Pratt,

Thank you for agreeing to review Daniel's case.  I sincerely hope that you find cause for relief.
I have known Daniel since 2007 and have always found him positive and helpful for those
around him.
He goes out of his way to calm tense situations when it would be easier to ignore them.  I know
many people that he has helped (including me) at no advantage to himself.
Please give Daniel a second chance.  We need more people like him in society.
Thank You.


Sincerely,

P.K. Plumlee
581 Meadowbrook Ln.
Harrodsburg, KY 40330

LEXINGTON KY 405

15 APR 2020  PM 3 L



Judge Robert W. Pratt
123 E. Walnut Street
Des Moines, IA 50309

RECEIVED
APR 21 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203871

Judge Robert W. Pratt

123 E. Walnut Street

Des Moines, IA  50309


Max O. Plumlee

130 Mac Court

Harrodsburg, KY 40330


RE: Daniel Lynn Brown Jr.  #50609-030

Case No. 4:05-cr-00227-RP


Honorable Judge Pratt,

I am writing this letter in support of Daniel Brown.  I have known this man for over ten years.  I have personally witnessed his stellar conduct and positive attitude, in the face of trying circumstances.  I went to church and bible studies with him over the years and I know he is a changed man.  When he gets out of prison, I am confident he will be a very productive member of society.  I urge you to reunite him with his family and community.  He will not disappoint you.


Sincerely,

Max O. Plumlee

MAX PLUMLEE
130 MAC. COURT
HARRODSBURG, KY 40330

LEXINGTON KY 405

15 APR 2020 PM 3 L

FOREVER USA

JUDGE ROBERT W. PRATT
123 E. WALNUT STREET
DES MOINES, IA 50309

X-RAYED & CLEARED BY U.S.M.S.

RECEIVED

APR 21 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599

Case No. 4:05-cr-00227-RP

Judge Pratt,                                        April 13th, 2020

   Greetings Sir, today is my daughter, Caitlynn Christyne Brown's 21st birthday. Her and I have a tradition where I call and wake her up to be the very first person to wish her a "Happy Birthday" on her special day. Thank God that this morning was my day and hour to leave my cell to call her and wake her up. She is currently quarantined off campus at the University of Iowa where she is earning her Bachelors Degree in Psychology. Through phone calls, letters, and emails I have remained close to her as she has grown into a fine young lady. I pray that this is the last birthday I will miss with her.

   Judge Pratt, you and I have had several divine appointments over the course of these past 22 years. I, without knowing you believe you are a man of faith. I have witnessed God using you in a mighty way. In 1999 you allowed God to use you and allowed me to see the birth of Caitlynn and spend the last 5 years of my wife's life with her. You may not remember but Christmas of 2001 we sent you a Christmas card and a family picture when Caitlynn was two and we were a happy family living a fairy tale life.

I am thankful that I was afforded the opportunity to spend the last five years of my wife's life with her and my daughter's first 6 years. I do not claim to understand the ways of God but I do know that Compassion and mercy allowed precious time with Christina and Caitlynn. I know that the same Compassion and mercy will redeem my life and allow me to spend the final years of my grandparents lives with them.

These past 14½ years have taught me that every moment is precious. I believe I am always divinely guided. I believe I will always take the right turn of the road. I believe God will always make a way where there is no way. The death of my wife set all this in motion and I believe in a divine purpose in adversity. Thank You for showing Compassion to me and most importantly, to my family.

Sincerely,

D L Brown Jr. #05609-030

Daniel Lynn Brown Jr.

- 2 -

Name: Daniel Brown
Register Number: 05609-030
FCI Williamsburg
Inmate Mail
P. O. Box 340
Salters, SC 29590

Judge Robert W. Pratt
123 E. Walnut Street
Des Moines, Ia 50309

RECEIVED
APR 21 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

14 APR 2020  PM 3  L

CLEARED BY U.S.M.S.

50309-203871